THE CIRCUIT COURT FOR THE
16TH JUDICIAL CIRCUIT, KANE COUNTY, ILLINOIS

Cum 1L

People of the State of Illinois )
)
vs. ) General No. 19 CF 2412
)
Aaron Feiza, )
)
        Defendant )

## AGREEMENT

This is an agreement between the defendant, the Illinois Attorney General's Office, and the Kane County State's Attorney's Office. The agreement is to start on July 28, 2022 and to end on February 24, 2023.

The defendant named has been accused of committing the crime of Possession of Controlled Substance and has applied to the Kane County State's Attorney's Office Deferred Prosecution Program.

The Kane County State's Attorney's Office has found the defendant eligible to participate in the Deferred Prosecution Program and the Illinois Attorney General's Office has approved the defendant's participation in the program.

IT IS AGREED THAT:

1. The defendant will notify the Deferred Prosecution Program of any change of address or phone number while on the Program within five workdays of the change.

2. The defendant will reside in Illinois throughout the agreement with Deferred Prosecution. The defendant may not leave the state of Illinois without the approval of the Program Coordinator.

3. The defendant agrees that he/she will not consume alcohol or use any other mood altering substances unless prescribed by a physician while on the Deferred Prosecution Program. The defendant agrees to be interviewed and/or submit to a drug or alcohol test at his/her own expense as determined by the Deferred Prosecution Program. The defendant agrees to the disclosure of all results of such tests to the Deferred Prosecution Program by the testing entity.

4. The defendant shall notify the Deferred Prosecution Program any job change or loss while on the program.

5. The defendant shall notify the Deferred Prosecution Program of any school or vocational change while on the program.

6. The defendant will not violate any criminal statutes of the State of Illinois or any other State while on the Deferred Prosecution Program.

7. The defendant will not criminally associate with any known gang members, will not wear any gang colors or insignia of any kind and will not engage in any type of gang activity while on the Deferred Prosecution Program.

8. The defendant is placed on the Deferred Prosecution Program for a period of 6 months, must show continued compliance with testing for the use of substances and report in to the Coordinator as required. The Coordinator shall establish the method of reporting.

9. The defendant agrees to be present for all court dates issued on this case and to meet with the Deferred Prosecution Staff at any time such a request is made.

10. If any condition of this contract is violated, the defendant will be notified in writing by the Kane County State's Attorney's Office Deferred Prosecution Program. It will be at the discretion of the State's Attorney to amend the agreement to include additional requirements or to negatively terminate the defendant from the Deferred Prosecution Program.

11. The defendant agrees to any counseling/treatment required by the Kane County State's Attorney.

12. This Agreement sets forth this agreement and the understandings and covenants between the Parties relative to the matters herein contained.

EXHIBIT A

I understand the terms and conditions of this agreement and voluntarily enter into it. I understand that if I fail to comply with the conditions it could result in a negative termination from the Program and that the case may be returned to court for prosecution.

I also understand that if I complete all the conditions and follow the terms of this agreement, the will dismiss the charge(s) which are pending against me.

_____  7-28-22
Defendant                                           Date

I, the attorney for the defendant, have read the above agreement and hereby express my approval of the defendant entering into this agreement and my approval of the defendant's preliminary hearing waiver.

_____  7-28-22
Attorney for Defendant                       Date