8/2/2022 11:30 AM Imaged

IN THE CIRCUIT COURT FOR
THE 16TH JUDICIAL CIRCUIT, KANE COUNTY, ILLINOIS

People of the State of Illinois,
           Plaintiff,
vs.
Aaron Feiza
           Defendant,

Gen. No. 19 CF 2412

Court Reporter
AUG 1 2022
FILED 107
ENTERED

ASA: Dore     Defendant(s) Atty: Camic

## DEFERRED PROSECUTION ORDER

The court having addressed the defendant in open court finds:

1. The defendant has entered into a Deferred Prosecution Agreement with the Kane County State's Attorney's Office and the Illinois Attorney General's Office.

2. A signed original of that Deferred Prosecution Agreement has been filed with the court on this date, executed by the defendant and, by all counsel.

3. The defendant agrees to comply with all terms of the Deferred Prosecution Agreement and the continuance in this matter is by agreement.

4. The parties agree that the defendant will pay fees, fines, and costs in the amount of $900.00 to be distributed as follows:
        (a) $354.00 to Clerk Fees as provided by statute and or resolution
        (b) $546.00 to State's Attorney's office for Program Fee (001.300.000.35355)

5. To the extent the defendant has posted bond in this cause that bond shall be applied instanter to the fees, fines, and costs.

6. This matter is hereby continued to the 24TH day of February, 2023 at 9:00 AM in courtroom 319 for the purpose of determining the defendant's compliance with the terms of this Deferred Agreement and this Order, and close this file.

_____
Judge

Dated this ~~July 28~~, 2022
August 1,

Clerk     Defendant     Defendant Atty.     SAO     PTD

*There are to be no modifications to the State's Attorney's Diversion Program Agreement as executed on 7/28/2022, without Court Approval.*

8/1/2022

EXHIBIT B