

# Illinois Law Enforcement Training and Standards Board

JB Pritzker, Governor
Keith Calloway, Executive Director

Phone: 217/782-4540
Fax: 217/524-5350
TDD: 866-740-3933

September 7, 2022

Sheriff Ronald Hain
Kane County Sheriff's Office
37w755 Rte 38 Ste A
St. Charles, IL 60175

Re: Aaron J. Feiza
DOB: 06/30/1975
PTBID: 65028869

Dear Sheriff Hain:

The Illinois Law Enforcement Training and Standards Board is mandated under Public Act 91- 495 (50 ILCS 705/6.1) to ensure that law enforcement officers practicing in Illinois are free of all felony and certain misdemeanor convictions. Be advised that this applies when an officer enters a plea of guilty or *nolo contendere* regardless of whether the adjudication of guilt or sentence is withheld or not entered thereon. This includes sentences of suspension, conditional discharge, probation, or any similar disposition provided for by law.

Records the Board has obtained indicate that the referenced officer employed (or formerly employed) by your agency sustained a conviction deemed to be a decertification under the Act.

This notice constitutes a decertification of the officer's previous certification and ability to practice as a law enforcement officer in Illinois. The statute additionally provides that an officer who continues law enforcement practice after receiving a conviction, commits a class 4 felony.

Board staff will be pleased to assist you with any questions associated with this notice.

Sincerely,

K. C.

Keith Calloway
Executive Director

KC/srd

cc: Jamie Mosser, Kane County State's Attorney

EXHIBIT C

4500 South 6th Street Road • Room 173 • Springfield, IL 62703
*Printed on Recycled Paper*