

# Illinois Law Enforcement Training and Standards Board

JB Pritzker, Governor
Keith Calloway, Executive Director

Phone: 217/782-4540
Fax: 217/524-5350
TDD: 866-740-3933

October 12, 2022

Mr. Mark S. McQueary
Karlson, Garza, McQueary, LLC
35 Remington Boulevard, Suite 5B
Bolingbrook, IL 60440

In Re: Aaron J. Feiza PTBID: 65028869 – Demand for Hearing (Decertification)

Mr. McQueary:

I am in receipt of your demand for hearing in the above referenced matter. I agree with your assertion that ILETSB is an administrative agency and may only act in accordance with the power conferred to it by legislature. 50 ILCS 705/6.1 provides for automatic decertification by operation of law for the conviction of any felony or identified misdemeanor.

Mr. Feiza was arrested for felony possession of controlled substance. On July 28, 2022 Mr. Feiza entered a 6-month deferred prosecution agreement with the State's Attorney without an admission of guilt. Nonetheless, the defendant agreed to:

- Defendant to pay fine, fees and costs of $900.00
- Defendant to notify of any address change
- Defendant to reside in the State
- Defendant not to consume and alcohol or mood altering substances
- Defendant agrees to submit to drug testing
- Defendant not to violate any criminal statute of Illinois or any other state
- Defendant not to associate with any gang members
- Defendant to show continued compliance and report to Coordinator during duration of the deferral
- Deferral may be terminated upon violation
- Deferred Prosecution is entered by Order of the Court.

Pursuant to the SAFE-T Act, a person is convicted of, or entered a plea of guilty to, plea of nolo contendere to, found guilty of regardless of whether the adjudication of guilt or **sentence is withheld or not entered thereon.** This includes sentences of supervision, conditional discharge, or first offender probation, or **similar disposition** provided for by law. (Emphasis added)

The deferred prosecution program is of the type of sentence consistent with the "similar disposition" as stated in the Act. Accordingly, Mr. Feiza's decertification occurred by operation of law and the Board has no statutory authority to conduct an administrative hearing on the matter.

Best Regards,

Keith Calloway,
Executive Director

PLH/plh

**EXHIBIT E**