## IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. **2019-CF-002412**

| People of Illinois | FEIZA, AARON |
|---|---|
| Plantiff(s) | Defendant(s) |
| Dore | Camic |
| Plantiff(s) Atty. | Defendant(s) Atty. |
| **Barsanti, John** — Judge | **Schweer, Debbie** — Court Reporter | **JDB** — Deputy Clerk |

Clerk of the Circuit Court
Kane County, Illinois
12/19/2022 10:05:25 AM
FILED/IMAGED
File Stamp

A copy of this order ☐ should be sent ☐ has been sent
☐ Plantiff Atty. ☐ Defense Atty. ☐ Other _____

### ORDER

* Other:

This matter, coming before the Court, on the motion of the defendant, the People's motion to dismiss/nolle pros is granted. Any and all prior agreements or dispositions are vacated. This matter is closed. Strike any future dates, including 2/24/2023. The Clerk shall seal the record as ordered in the separate order entered in court.

Anything written below this line with the exception of the Judges signature is not considered part of the official court order

Judge Barsanti, John
Dated: 12/19/2022 10:05 AM


EXHIBIT F

Page 1 of 1