

# Illinois Law Enforcement Training and Standards Board

**JB Pritzker, Governor**
**Keith Calloway, Executive Director**

Phone: 217/782-4540
Fax: 217/524-5350
TDD: 866-740-3933

January 18, 2023

Commander Brandon McKiness
Office of Professional Standards
Kane County Sheriff's Office
37W755 IL. Rt.38 Ste. A
St. Charles, IL 60175

Re: Aaron J. Feiza
DOB: 06/30/1975
PTBID: 65028869

Commander McKiness:

Mr. Feiza was arrested for felony possession of controlled substance. On July 28, 2022, Mr. Feiza entered a 6-month deferred prosecution agreement with the State's Attorney wherein he agreed to:

- pay fine, fees and costs of $900.00
- notify of any address change
- reside in the State
- not to consume any alcohol or mood-altering substances
- submit to drug testing
- not to violate any criminal statute of Illinois or any other state
- not to associate with any gang members
- show continued compliance and report to Coordinator during duration of the deferral
- Deferral may be terminated upon violation
- Deferred Prosecution is entered by Order of the Court.

ILETSB is an administrative agency and may only act in accordance with the power conferred to it by legislature. 50 ILCS 705/6.1 as amended by the SAFE-T Act provides for automatic decertification by operation of law for the commission of any felony or identified misdemeanors. The Act as amended makes clear that an officer's conduct does not have to be evidence by a conviction, as even withheld sentences and similar dispositions will result in decertification as a matter of law.

The changes made by the SAFE-T Act intentionally cast a wide net to catch those persons who may discredit the law enforcement profession. The fact the State's Attorney dismissed the case appears to be consistent with the original agreement. Nonetheless, Mr. Feiza was decertified by operation of law on the day he agreed to the deferred prosecution, and the Board has no authority to change his status.

Sincerely,

Anthony D. Cobb
Deputy Director

AC/ph



EXHIBIT G

4500 South 6th Street Road • Room 173 • Springfield, IL 62703
*Printed on Recycled Paper*