IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON FEIZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23 cv 1905 |
| ) | |
| ILLINOIS LAW ENFORCEMENT ) | Hon. Virginia M. Kendall |
| TRAINING AND STANDARDS BOARD ) | |
| ("ILETSB"), *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendants, the Illinois Law Enforcement Training and Standards Board ("ILETSB"), Keith Calloway, Sean Smoot, John Idleburg, Mitchell Davis III, Ghinda Neukirch, Timothy Nugent, JW Price, Richard Watson, Iris Martinez, Thomas Dart, Brendan Kelly, and Kwame Raoul (collectively, the "Defendants"), by their attorney, Kwame Raoul, Illinois Attorney General, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss the claims in Plaintiff's Complaint. The grounds for this motion are set forth in the accompanying combined memorandum in support of this motion to dismiss and in opposition to Plaintiffs' motion for preliminary injunction.

Wherefore, Defendants respectfully requests that this Court dismiss Plaintiff's claims with prejudice, and order any further just and proper relief.

Respectfully submitted,

KWAME RAOUL　　　　　　　/s/ Hal Dworkin
*Attorney General*　　　　　　HAL B. DWORKIN
*State of Illinois*　　　　　　　MARCI L. SAHINOGLU

1

Assistant Attorneys General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
 (312) 814-5159 / (312) 636-5595
Hal.Dworkin@ilag.gov / Marci.Sahinoglu@ilag.gov