# Exhibit A

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, ILLINOIS
CRIMINAL DIVISION

Clerk of the Circuit Court
Kane County, IL

DEC - 3 2019

| PEOPLE OF THE STATE OF ILLINOIS | VS | AARON FEIZA |
| --- | --- | --- |
| Plaintiff | | Defendant |

FILED 021
ENTERED

General Number: 19 CF 2412

COUNT 1

The Grand Jury, charges that on or about February 10, 2019, the defendant,

AARON FEIZA

committed the offense of UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCE

(Class 4 Felony)

in violation of Chapter 720, Section 570/402(c) of the Illinois Compiled Statutes, as amended, in that defendant, knowingly and unlawfully possessed less than 15 grams of a substance containing cocaine, other than as authorized by the Illinois Controlled Substances Act.

All of the foregoing occurred in Kane County, Illinois.

A TRUE BILL

Foreperson of the Grand Jury

SA02305