# Exhibit B

THE PEOPLE OF THE STATE OF ILLINOIS
Plaintiff,
VS.
NAME: FEIZA, AARON
ADDRESS: ███████████
DOB: ███████
PHONE:

**PYSICAL DESCRIPTION**
RACE: W  SEX: M  HT: 5'10"
WT: 190  HAIR: bln  EYES: blu

DEFTS. SOC. SEC. NO.
DEFTS. DRIVERS LIC NO.

**COMPLAINANT**
NAME: KANE COUNTY GRAND JURY

ALLEGED OFFENSE: CHAPTER/SEC:
1. Unlawful Possession of Controlled Substance (Class 4), Chapter 720, Section 570/402(c)

BAIL AMOUNT $ 10,000 ct
DATE OF OFFENSE: February 10, 2019
DATE OF ISSUE: December 3, 2019

NEXT COURT DATE: FW
**COURT LOCATION: Kane County Judicial Center, 37W777 Route 38, St. Charles, IL 60175**
ROOM 319

ISSUING POLICE AGENCY: ISP
POLICE REPORT NO.: 19-10907
TICKET NO:

Return of Service
I have executed this warrant by arresting the with-in named defendant on the day and time indicated below:
Officer: _____
Badge #: _____
Police Agency: _____
Date Served: _____
Time Served: _____

GEN. NO. 19 CF 2412 _____

Arrest Card DCN _____

*Thomas M. Hartwell*
Clerk of the Circuit Court
Kane County, IL
DEC 3 2019
FILED 021
ENTERED

IN THE CIRCUIT COURT FOR
KANE COUNTY, ILLINOIS
SS: THE SIXTEENTH
JUDICIAL CIRCUIT

**WARRANT**

TO ALL PEACE OFFICERS IN THE STATE OF ILLINOIS – GREETINGS:

You are hereby commanded to arrest the defendant designated herein and bring said person without unnecessary delay before the undersigned Judge of the Circuit Court for the 16th Judicial Circuit, Kane County, Illinois, in the Courtroom and in the City or Village designated herein, or if I am absent or unable to act, before the nearest of most accessible Court in said County, to answer a charge made against said person in violation of Illinois Compiled Statutes as set forth.

You are hereby directed to hold said person to bail in the amount set forth herein.

[X] Probable Cause Found Per Grand Jury

_____
Judge

*Clerk of the Circuit Court, Kane County, IL*
DEC 4 2019
FILED 118
ENTERED

Authorizing ASA: _____  Prepared by: _____
FEES
SERVICE + RETURN........ $ _____
MILEAGE.................. $ _____
MISC. FEES............... $ _____
TOTAL FEES............... $ _____

**ORIGINAL** – CLERK (AFTER SERVICE)
**COPY** - CLERK
**COPY** - POLICE AGENCY
**COPY** - DEFENDANT

SERVED
Date 12/4/19  ID# DC72