# Exhibit K

| From: | Dore, Robert <DoreRobert@co.kane.il.us> |
|---|---|
| Sent: | Thursday, July 14, 2022 12:02 PM |
| To: | Whitfield, Andrew; Diamond, Timothy |
| Cc: | Dore, Robert |
| Subject: | [EXTERNAL] FW: Feiza court paperowork |
| Attachments: | Feiza AG-SAO DPP Agreement.doc; Feiza DPP Order.docx |

Tim and Andrew,

Attached is the proposed DPP paperwork for Feiza.

Let me know if you have any questions. We made if for one (1) year. Many are for a term less.

Bob

---

**From:** Halbesma, Michelle <HalbesmaMichelle@co.kane.il.us>
**Sent:** Thursday, July 14, 2022 11:56 AM
**To:** Dore, Robert <DoreRobert@co.kane.il.us>
**Cc:** Orsini, Jessica <OrsiniJessica@co.kane.il.us>
**Subject:** Feiza court paperowork

Hi Bob,

Here is the paperwork you requested. Please let me know if you need anything else.

I will not be in the office tomorrow so if Mr. Feiza does intend to enter DPP, I would suggest he and his attorney meet with Jessica prior to court to do the required taped statement.

Thanks!

*Michelle Halbesma*

Deferred Prosecution Program Director
Kane County State's Attorney's Office
37W777 Route 38, Suite 300
St. Charles, Illinois 60175
(630) 232-3554
(630) 232-6508 (Fax)

THE CIRCUIT COURT FOR THE
16TH JUDICIAL CIRCUIT, KANE COUNTY, ILLINOIS

People of the State of Illinois )
)
vs. ) General No. 19 CF 2412
)
Adam Feiza )
)
       Defendant )

## AGREEMENT

This is an agreement between the defendant, the Illinois Attorney General's Office, and the Kane County State's Attorney's Office. The agreement is to start on July 15, 2022 and to end on July 14, 2022.

The defendant named has been accused of committing the crime of Possession of Controlled Substance and has applied to the Kane County State's Attorney's Office Deferred Prosecution Program.

The Kane County State's Attorney's Office has found the defendant eligible to participate in the Deferred Prosecution Program and the Illinois Attorney General's Office has approved the defendant's participation in the program.

IT IS AGREED THAT:

1.  The defendant will notify the Deferred Prosecution Program of any change of address or phone number while on the Program within five workdays of the change.

2.  The defendant will reside in Illinois throughout the agreement with Deferred Prosecution. The defendant may not leave the state of Illinois without the approval of the Program Coordinator.

3.  The defendant agrees that he/she will not consume alcohol or use any other mood altering substances unless prescribed by a physician while on the Deferred Prosecution Program. The defendant agrees to be interviewed and/or submit to a drug or alcohol test at his/her own expense as determined by the Deferred Prosecution Program. The defendant agrees to the disclosure of all results of such tests to the Deferred Prosecution Program by the testing entity.

4.  The defendant shall notify the Deferred Prosecution Program any job change or loss while on the program.

5. The defendant shall notify the Deferred Prosecution Program of any school or vocational change while on the program.

6.  The defendant will not violate any criminal statutes of the State of Illinois or any other State while on the Deferred Prosecution Program.

7.  The defendant will not associate with any known gang members, will not wear any gang colors or insignia of any kind and will not engage in any type of gang activity while on the Deferred Prosecution Program.

8. The defendant is placed on the Deferred Prosecution Program for a period of 12 months, must submit proof of completion of substance abuse treatment to the coordinator within 30 days of entering the program, must show proof of continued attendance at AA/NA and pay a program fee of $1,411.00, Drug Test Administration Fee of $25.00, Application Fee of $50.00, Drug Fine of $500.00 and Court Costs of $354.00. The defendant must report in to the Coordinator on a monthly basis. The Coordinator shall establish the method of reporting in.

9.  The defendant agrees to be present for all court dates issued on this case and to meet with the Deferred Prosecution Staff at any time such a request is made.

10. If any condition of this contract is violated, the defendant will be notified in writing by the Kane County State's Attorney's Office Deferred Prosecution Program. It will be at the discretion of the State's Attorney's office to amend the agreement to include additional requirements or to negatively terminate the defendant from the Deferred Prosecution Program.

11. The defendant agrees to any counseling/treatment required by the Kane County State's Attorney's Office Deferred Prosecution Program.

12. The defendant agrees to state a factual basis under oath admitting to the elements of the pending charge or charges.

13. The defendant agrees to provide testimony against any and all co-defendants in this matter.

14. The defendant is aware that in accordance with 725 ILCS 5/113-8, if he/she is not a citizen of the United States, he/she is hereby advised that conviction of offense for which you have been charged may have the consequence of deportation, exclusion from admission to the United States, or denial of naturalization under the laws of the United States.

15. This Agreement sets forth all agreements, understandings and covenants between the Parties relative to the matters herein contained. This Agreement supersedes all prior agreements, negotiations and understandings, written and oral, and shall be deemed to be a full integration of the entire agreement and understanding of the Parties.

I understand the terms and conditions of this agreement and voluntarily enter into it. I understand that if I fail to comply with the conditions it could result in a negative termination from the Program and that the case may be returned to court for prosecution.

I also understand that if I complete all the conditions and follow the terms of this agreement, the Illinois Attorney General will dismiss the charge(s) which are pending against me.

I also understand that by my signature, I am waiving any and all objections to the use by the Illinois Attorney General's Office of any admission I may make concerning my offense(s) at a subsequent trial if I am terminated from the Deferred Prosecution Program.

### WAIVER OF PRELIMINARY HEARING

I also understand that I the undersigned defendant, being present in Open court in person and by Counsel, and being fully advised of my right to a preliminary examination upon the charge herein, hereby waive such right, and consent to the entry of an order herein holding me to answer.

_____     _____
Defendant                                                         Date

I, the attorney for the defendant, have read the above agreement and hereby express my approval of the defendant entering into this agreement and my approval of the defendant's preliminary hearing waiver.

_____     _____
Attorney for Defendant                                   Date

People of the State of Illinois,

                Plaintiff,

  vs.

Adam Feiza

                Defendant,

_____

Court Reporter

Gen. No. 19 CF 2412

ASA: _____  Defendant(s) Atty: _____

## FELONY DRUG DEFERRED PROSECUTION ORDER

The court having addressed the defendant in open court finds:

1. The defendant has entered into a Deferred Prosecution Agreement with the Kane County State's Attorney's Office and the Illinois Attorney General's Office.

2. A signed original of that Deferred Prosecution Agreement has been filed with the court on this date, executed by the defendant and, if represented by counsel, his or her attorney.

3. The defendant agrees to comply with all terms of the Deferred Prosecution Agreement and the continuance in this matter is by agreement.

4. The parties agree that the defendant will pay fees, fines, and costs totaling **$2,340.00** to be distributed as follows:

    (a) $354.00 to Clerk Fees as provided by statute and/or resolution
    (b) $500.00 Drug Fine (see DFDO for disbursement instructions)
    (c) $25.00 to State's Attorney's Office for Drug Test Administration Fees
    (d) $50.00 to State's Attorney's office for Application Fee
    (e) $1,411.00 to State's Attorney's office for Program Fee

5. To the extent the defendant has posted bond in this cause that bond shall be applied instanter to the fees, fines, and costs.

6. This matter is hereby continued to the 14th day of July, 2023 at 9:00 AM in courtroom 319 for the purpose of determining the defendant's compliance with the terms of this Deferred Agreement and this Order.

_____
Judge

Dated this July 15, 2022

    Clerk        Defendant        Defendant Atty.        SAO        PTD