**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AARON FEIZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23 cv 1905 |
| | ) | |
| ILLINOIS LAW ENFORCEMENT | ) | Hon. Virginia M. Kendall |
| TRAINING AND STANDARDS | ) | |
| BOARD ("ILETSB"), *et al.*, | ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The parties, by and through their attorneys, and pursuant to this Court's Order of April 26, 2024 (ECF No. 46), submit this joint status report and advise the following status on settlement:

The parties settled this matter in principle at a settlement conference on April 26, 2024. The Office of the Illinois Attorney General recently approved specific language for the settlement agreement. Counsel for Defendants has forwarded the draft settlement agreement to internal counsel for ILESTB for review and approval. Once ILETSB's internal approves the proposed language, counsel for Defendants will forward the draft settlement to Plaintiffs' counsel for review. In light of the above, the parties respectfully request that the status conference currently scheduled for May 23, 2024 be rescheduled for the following week.

Respectfully Submitted,

| | |
|---|---|
| /s/Keith M. Karlson | /s/ Hal Dworkin |
| Keith M. Karlson | Hal B. Dworkin |
| **Karlson Garza McQueary LLC** | **Assistant Attorney General** |
| Attorney for Plaintiff | Office of the Illinois Attorney General |
| 235 Remington Blvd. | Attorney for Defendant, John-Paul Oliveto |
| Bollingbrook, IL 60440 | 115 S. LaSalle St. |

2

P: (708) 761-9030
kkarlson@kgmlawyers.com

Chicago, Illinois 60603
P: (312) 814-5159
hal.dworkin@ilag.gov