# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AARON FEIZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23 cv 1905 |
| | ) |
| ILLINOIS LAW ENFORCEMENT | ) Hon. Virginia M. Kendall |
| TRAINING AND STANDARDS | ) |
| BOARD ("ILETSB"), *et al.*, | ) Magistrate Judge M. David Weisman |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STATUS REPORT

The parties, by and through their attorneys, and pursuant to this Court's Order of May 20, 2024 (ECF No. 49), submit this joint status report and advise the following status on settlement:

The parties settled this matter in principle at a settlement conference on April 26, 2024. On May 24, 2024, counsel for Defendants sent Plaintiff a proposed settlement agreement. On May 29, 2024, counsel for Plaintiff sent Defendants proposed edits to the settlement agreement, which Defendants are currently reviewing. The parties believe they will be in a position to file the stipulation to dismiss within the next two weeks.

Respectfully Submitted,

/s/Keith A. Karlson  
Keith A. Karlson  
**Karlson Garza McQueary LLC**  
Attorney for Plaintiff  
235 Remington Blvd., Suite 5B  
Bolingbrook, IL 60440  
P: (708) 761-9030  
kkarlson@kgmlawyers.com  

/s/ Hal Dworkin  
Hal B. Dworkin  
**Assistant Attorney General**  
Office of the Illinois Attorney General  
Attorney for Defendants  
115 S. LaSalle St.  
Chicago, Illinois 60603  
P: (312) 814-5159  
hal.dworkin@ilag.gov