IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON FEIZA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23 cv 1905 ) |
| ILLINOIS LAW ENFORCEMENT TRAINING AND STANDARDS BOARD ("ILETSB"), *et al.*, | ) Hon. Virginia M. Kendall ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Aaron Feiza, by his attorney, Keith Karlson and the Defendants, the Illinois Law Enforcement Standards and Training Board and its members, by their attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

Respectfully Submitted,

| | |
|---|---|
| /s/ Keith A. Karlson | /s/ Hal Dworkin |
| Keith M. Karlson | Hal B. Dworkin |
| **Karlson Garza McQueary LLC** | **Assistant Attorney General** |
| Attorney for Plaintiff | Office of the Illinois Attorney General |
| 235 Remington Blvd., Suite 5B | Attorney for Defendant, John-Paul Oliveto |
| Bolingbrook, IL 60440 | 115 S. LaSalle St. |
| P: (708) 761-9030 | Chicago, Illinois 60603 |
| kkarlson@kgmlawyers.com | P: (312) 814-5159 |
| | hal.dworkin@ilag.gov |

Date: June 18, 2024               Date: June 18, 2024