**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Aaron Feiza

                        Plaintiff,

v.                                                     Case No.: 1:23−cv−01905
                                                        Honorable Virginia M. Kendall

Illinois Law Enforcement Training and Standards Board, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Pursuant to Stipulation to Dismiss [57], case is dismissed with prejudice and without leave to reinstate. Each Party shall bear their own attorney's fees, costs and expenses. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.